**FURNITURE BRANDS INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**United States International Trade Commission, Defendant–Appellee,**

and

**American Furniture Manufacturers Committee for Legal Trade and Vaughanbassett Furniture Company, Inc., Defendants–Appellees.**

No. 2012–1059.

United States Court of Appeals, Federal Circuit.

April 1, 2014.

David W. Debruin, Matthew E. Price, Esq., Jenner & Block LLP, Washington, DC, for Plaintiff–Appellant.

Joseph W. Dorn, Ashley Charles Parrish, Jeffrey Mark Telep, Attorney, King & Spalding LLP, Jessica R. Toplin, Esq., Trial Attorney, Courtney Sheehan McNamara, Department of Justice, Patrick Vincent Gallagher, Jr., Attorney Advisor, James M. Lyons, Esq., Neal J. Reynolds, Esq., Assistant General Counsel, International Trade Commission Office of the

General Counsel, Washington, DC, for Defendants–Appellees.

## ORDER

Furniture Brands International, Inc. moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). All parties consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each party shall bear its own costs.

(3) All other pending motions are denied as moot.